WORMSER v. GEHRI. (Supreme Court, Appellate Division, First Department. Janu-

ary 17, 1908.) Action by Samuel Wormser against William Gehri. No opinion. Motion granted, on terms stated in memorandum. Settle order on notice.